FILED by ___ CF ___ D.C.
ELECTRONIC
Feb 8, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20104-CR-KING/BANDSTRA

18 U.S.C. § 500

UNITED STATES OF AMERICA

vs.

**DAN MELINDO, Jr.,**

    Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-26

On or about the dates enumerated as to each count listed below, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAN MELINDO, Jr.,**

with intent to defraud the United States, the Postal Service, and any person, did knowingly transmit, present and cause to be transmitted and presented, money orders knowing the same to contain any material alteration therein unlawfully made, in that the defendant cashed United States Postal Service money orders, which had been originally issued in the amount of $100.00 each, but altered so as to appear that they were issued in the amount of $900.00 each:

| COUNT | APPROXIMATE DATE | MONEY ORDER SERIAL NUMBER |
|---|---|---|
| 1 | 12/16/2010 | 18280095063 |
| 2 | 12/17/2010 | 18487061515 |
| 3 | 12/20/2010 | 18487061504 |
| 4 | 12/20/2010 | 18487061526 |
| 5 | 12/22/2010 | 18210189778 |
| 6 | 12/22/2010 | 18210189780 |
| 7 | 12/23/2010 | 18210189690 |
| 8 | 12/23/2010 | 18210189712 |
| 9 | 12/23/2010 | 18210189701 |
| 10 | 12/24/2010 | 18210189723 |
| 11 | 12/24/2010 | 18210189644 |
| 12 | 12/24/2010 | 18210189655 |
| 13 | 12/24/2010 | 18210189767 |
| 14 | 12/27/2010 | 18210189600 |
| 15 | 12/27/2010 | 18210189611 |
| 16 | 12/27/2010 | 18210189791 |
| 17 | 12/27/2010 | 18210189756 |
| 18 | 12/29/2010 | 18210189666 |
| 19 | 12/29/2010 | 18210189677 |
| 20 | 12/29/2010 | 18210189745 |
| 21 | 1/03/2011 | 18210189734 |
| 22 | 1/03/2011 | 18210189688 |
| 23 | 1/05/2011 | 18210189633 |
| 24 | 1/05/2011 | 18210189622 |
| 25 | 1/05/2011 | 18210192074 |
| 26 | 1/05/2011 | 18210192085 |

In violation of Title 18, United States Code, Sections 500 and 2.

A TRUE BILL

FOREPERSON _____

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
ELISA CASTROLUGO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| DAN MELINDO, JR., | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. | |
| _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

X Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s)    Yes ___    No ___
Number of New Defendants    ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    ___

4. This case will take    2    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)
   I     0 to 5 days        X           Petty       ___
   II    6 to 10 days       ___         Minor       ___
   III   11 to 20 days      ___         Misdem.     ___
   IV    21 to 60 days      ___         Felony      X
   V     61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes:
   Magistrate Case No.    11-mj-2099-EGT
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    1/26/2011
   Defendant(s) in state custody as of    _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes    X    No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes    X    No

_____
ELISA CASTROLUGO
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501554

*Penalty Sheet(s) attached                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>DAN MELINDO, JR.</u>

**Case No**: _____

Counts #: 1-26

<u>Presenting Altered Money Orders</u>

<u>Title 18, United States Code, Section 500</u>

**\* Max.Penalty**:     5 Years' Imprisonment

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**