UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20104-CR-KING

UNITED STATES OF AMERICA

vs.

DAN MELINDO, Jr.,

    Defendant.
_____/

## FACTUAL PROFFER

The United States and DAN MELINDO, Jr. agree that had this case gone to trial, the Government would have proven the following facts beyond a reasonable doubt:

Between December 16, 2010 and January 5, 2011, the defendant, DAN MELINDO, Jr., presented twenty-six (26) United States Postal Service money orders (as further described in the Indictment) to the Check Cashing USA store located at 3001 S. Biscayne Blvd., in Miami-Dade County, in the Southern District of Florida. All of the money orders had been originally issued in the amount of $100.00 each, but had been altered to appear as if they had been issued for $900.00 each. The defendant, DAN MELINDO, Jr., knowing said money orders had been originally issued for $100.00 each, cashed them for $900.00 each, resulting in a total loss to Check Cashing USA of $20,800.00.

Specifically, on December 16, 2010, the defendant, DAN MELINDO, Jr., presented a United States Postal Service money order, serial number 18280095063, to Check Cashing USA. The money order had been originally issued in the amount of $100.00, but was cashed by the defendant in the altered amount of $900.00.

On January 26, 2011, the defendant, DAN MELINDO, Jr., attempted to purchase several United States Postal Service money orders in the amount of $100.00 at a post office in Miami Beach, Florida, but was arrested based on the previous fraudulent transactions. In post-*Miranda* statements to law enforcement, the defendant, DAN MELINDO, Jr., admitted purchasing over 30 United States Postal Service money orders, which were altered to reflect a different amount, and which he later cashed for the altered amount.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 4/7/11          By: _____
                          ELISA CASTROLUGO
                          ASSISTANT UNITED STATES ATTORNEY

Date: 4/5/11          By: _____
                          STEWART G. ABRAMS
                          ATTORNEY FOR DEFENDANT

Date: 4-5-11          By: _____
                          DAN MELINDO, Jr.
                          DEFENDANT