UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20104-CR-KING

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAN MELINDO,

       Defendant.
_____/

**DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

Defendant, Dan Melindo, through counsel and pursuant to U.S.S.G. § 6A1.2 and Administrative Order 95-2, does hereby submit his objections to the Presentence Investigation Report which was prepared in connection with this case.

1.    **Restitution, ¶ 45:**

As the PSI correctly notes, Defendant has agreed to make restitution which he anticipates will be ordered by this Court. At the time of his arrest, Defendant was in possession of $1891.00 which was seized by the United States Postal Inspectors. This money has been, and remains, in the custody of the United States Postal Service.

Defendant has litigated, and this Court has denied, a Motion for Return of Property pertaining to the seized funds. This Court determined that it did not have jurisdiction to entertain Defendant's motion and noted that Defendant was pursuing his administrative remedies through the United States Postal Service. Defendant does not anticipate that the money will be returned to him.

As noted in Defendant's Motion for Return of Property, the Postal Service is in possession of $1891.00 which was seized from Defendant at the time of his arrest. Defendant respectfully requests that any restitution which was ordered by ths Court be reduced by $1891.00, which has already been recovered in this case by the government from him.

2. Elisa Castrolugo, the Assistant United States Attorney who is handling this matter for the government does hereby oppose the relief sought herein.

3. Marilys Martinez, the United states Probation Officer who prepared the Presentence Investigation Report in this case, was unavailable to offer her position as to Defendant's objection.

                                                KATHLEEN M. WILLIAMS
                                                FEDERAL PUBLIC DEFENDER

By: *s/ Stewart G. Abrams*
      Stewart G. Abrams
      Assistant Federal Public Defender
      Florida Bar #0371076
      150 West Flagler Street, Suite 1500
      Miami, FL 33130-1556
      Tel: (305) 536-6900/Fax (305) 530-7120
      E-mail: stewart_abrams@fd.org

**CERTIFICATE OF SERVICE**

**I HEREBY certify that on May 17, 2011**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                          s/ Stewart G. Abrams

# SERVICE LIST
## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
## UNITED STATES v. DAN MELINDO
## CASE NO. 11-20104-CR-KING

| | |
|---|---|
| Stewart G. Abrams, AFPD | Elisa Castrolugo, AUSA |
| E-mail:stewart_abrams@fd.org | E-mail: Elisa.Castrolugo@usdoj.gov |
| Federal Public Defender's Office | United States Attorney's Office |
| 150 W. Flagler Street, Suite 1500 | 99 NE 4th Street |
| Miami, Florida 33130-1556 | Miami, FL 33132 |
| (305) 536-6900 | Tel: (305) 961-9033 |
| (305) 530-7120, Fax | Fax: (305) 530-7976 |
| Attorney for the Defendant | Attorney for the government |
| Via: CM/ECF | Via: CM/ECF |