UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 11-20104-CR-KING          Date: June 2, 2011          Judge James Lawrence King
Defendant: **Dan Melindo, Jr.**     Defense counsel: Stewart G. Abrams, AFPD
AUSA:    Elisa Castrolugo

## JUDGMENT AND SENTENCE

|       | YEARS | MONTHS | DAYS | TIME SERVED |
|-------|-------|--------|------|-------------|
| Count I |     |        |      | X           |

(X) Defendant given credit for time served
( ) CONCURRENT ( ) CONSECUTIVE
(X) Assessment $ 100.00
( ) Fine: (X) none imposed   -0-
(X) The court orders restitution in the amount of $20,000.00
(X) Count remaining dismissed _____
( ) Forfeiture Entered

## (X) SUPERVISED RELEASE
## ( ) PROBATION

|       | YEARS |
|-------|-------|
| Count I | 3   |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
( ) CONCURRENT ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction
(X) Substance Abuse Treatment  (X) Financial Disclosure  ( ) Permissible Search  ( ) Mental Health Treatment  (X) 300 Hours of Community Service   (X) Incur No New Debt

## CUSTODY
(X) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
( ) The court recommends:
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.     ***RIGHT TO AN APPEAL GIVEN IN OPEN COURT***

Courtroom Deputy: Joyce M. Williams
Court Reporter: Dawn Whitmarsh