UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20104-CR-KING


**UNITED STATES OF AMERICA**

**vs.**

**DAN MELINDO, Jr.,**

    **Defendant.**
_____/

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the imposition of an order of restitution in the amount of $20,000.00 at the time of sentencing on June 2, 2011 (Clerk's Docket Entry No. 28), which was entered on the docket on June 3, 2011.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY


By:    /s/ Elisa Castrolugo
        ELISA CASTROLUGO
        Assistant United States Attorney
        Court ID No. A5501554
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9033
        Fax: (305) 530-7976

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was uploaded onto the Court's CM/ECF system this 30th day of June, 2011.

                                         /s/ Elisa Castrolugo
                                         Assistant United States Attorney