UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20104-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAN MELINDO, JR.,
(J) #94933-004

    Defendant.
_____/

### ORDER RESETTING FINAL REVOCATION OF SUPERVISED RELEASE HEARING

THIS MATTER came before the Court upon Initial Appearance re: Revocation of Supervised Release before U.S. Magistrate Judge John J. O'Sullivan held on January 6, 2016.

The above-styled case on Final Revocation of Supervised Release is hereby **set to Wednesday, February 3, 2016 at 9:45 a.m.**, before the undersigned Judge at the James Lawrence King Justice Building, Courtroom #2, Eleventh Floor, 99 N.E. 4th Street, Miami, Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of January, 2016.

                                        _____
                                        JAMES LAWRENCE KING
                                        U. S. DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF FLORIDA

```
cc:   Elisa Castrolugo, AUSA
      Stewart Abrams, AFPD
      U.S. Marshal
      Donald T. Harrell, USPO
      Pretrial Services
```