UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CR-20104-JLK

UNITED STATES OF AMERICA,

v.

DAN MELINDO, JR.,

      **Defendant.**
_____/

### UNITED STATES' NOTICE OF REASSIGNMENT

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. The prior counsel for the United States, AUSA Elisa Castrolugo, is no longer counsel of record for the United States in this matter.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

    s/*Timothy Abraham*
    TIMOTHY ABRAHAM
    Court No. A5501700
    Assistant United States Attorney
    U.S. Attorney's Office - SDFL
    99 N.E. 4th Street, 6th Floor
    Miami, Florida 33132-2111
    Tel: 305-961-9438
    Fax: 305-530-7976
    E-mail: TAbraham4@usa.doj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **January 27, 2016,** the undersigned electronically filed the foregoing document, United States' Notice of Reassignment, with the Clerk of the Court using CM/ECF.

                                                    s/*Timothy Abraham*
                                                    TIMOTHY ABRAHAM
                                                    Assistant United States Attorney