UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20104-CR-KING

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAN MELINDO,

        Defendant.
_____/

### DEFENDANT'S POSITION REGARDING SUPERVISED RELEASE VIOLATION

Defendant, Dan Melindo, through counsel, respectfully submits his position in regard to the supervised release revocation matter which is scheduled to be heard by this Court on February 3, 2016.

1.    On January 6, 2016, Defendant initially appeared before a Magistrate Judge pursuant to a Petition which alleged one violation of Defendant's conditions of supervised release. Specifically, the Petition alleged that Defendant failed to notify the probation office of a change in his residential address.

2.    On or about January 19, 2016, the Probation Office filed a Superseding Petition which added 2 alleged violations. Specifically the Superseding Petition alleges that on August 30, 2015 and

September 15, 2015, Defendant committed the offense of grand theft. The subject matter of these violations remains a pending case in Broward County, Florida at this time.

4. The Report and Recommendation for final revocation hearing, which was filed by the Probation office on January 28, 2016, indicates that all three violations are grade C violations of supervision and provide for an advisory sentencing guideline range of 3 to 9 months.

5. Defendant intends to admit to the conduct which is alleged in violation number one, i.e. failure to notify the Probation Office of any change in residence, which was also the violation which is charged in the original Petition. Defendant cannot admit the conduct which is alleged violations two and three since these matters are the subject of ongoing litigation in Broward County, Florida. Defendant respectfully's notes that the advisory sentencing guideline range is identical whether this matter involves one violation or three violations.

6. Defendant respectfully recommends that he be sentenced to the custody of the Bureau of Prisons for a term of six months with no supervision to follow his term of incarceration. Defendant notes that he has been in continuous custody since September 15, 2015, albeit in Broward County, Florida. Defendant believes that this is sufficient punishment for the offense charged and notes that if he is convicted of the Broward County offenses in the future, the appropriate sentence for those matters can be determined by the Broward County judge at that time.

7. Timothy Abraham, the Assistant United States attorney who is handling this matter for the government, has been consulted and will provide his recommendation as he deems to be appropriate.

8. Tiwanna Johnson, the United States Probation Officer who is handling this matter for the Probation Office, was unavailable to offer her support or opposition to Defendant's recommendation.

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By: *s/ Stewart G. Abrams*
     Stewart G. Abrams
     Assistant Federal Public Defender
     Florida Bar #0371076
     150 West Flagler Street, Suite 1500
     Miami, FL 33130-1556
     Tel: (305) 536-6900/Fax (305) 530-7120
     E-mail: stewart_abrams@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          */s/ Stewart G. Abrams*
                                            Stewart G. Abrams