UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CRIMINAL MINUTES

UNITED STATES OF AMERICA                Case No. 11-20104-KING

                                        Date   February 3, 2016
vs.

DAN MELINDO, JR.                        JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams    COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**     **FINAL REVOCATION OF SUPERVISED RELEASE**

Status Conference ___     Calendar Call __    Other _____
Oral Argument:            _____
                          _____

Counsel for Plaintiff: Timothy J. Abraham, AUSA
Counsel for Defendant: Stewart G. Abrams, AFPD

ORAL ARGUMENT ON MOTION TO BE SET FOR: _____
TRIAL SET FOR: _____

LOCATION:  MIAMI/KEY WEST

STATUS CONFERENCE SET FOR: _____
TRIAL CONTINUED TO:        _____
SENTENCING DATE:
- <u>Final Revocation of Supervised Release Held</u>
- The defendant Admits the Allegations as to Count I
- Counts II and III are still pending
- The Government moves to Dismiss the remainder Counts of II and III
- The Court finds that the motion be and the same is hereby - Granted; and the Government shall provide a written order of the same.
- The Court find that the defendant is in violation of Supervised Release and therefore, Supervised Release is hereby Revoked
- New Sentence: **SIX (6) Months** Bureau of Prisons with credit for Time Serves as of January 7, 2016 with not further supervision.
- The Court finds that the defendant shall remain in federal custody of the Bureau of Prisons
- The Court recommends that the defendant be designated to FDC Miami, Florida