PROB 19a                                                                                           SD/FL PACTS No. 107021

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 11CR20104-KING

U.S.A. vs Dan Melindo

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Dan Melindo-94933-004 | Male | White | 32 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 1320 Ocean Drive Apt # 103 Miami Beach Florida 33139 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| SOUTHERN DISTRICT OF FLORIDA | June 2, 2011 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| SOUTHERN DISTRICT OF FLORIDA, MIAMI |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Steven M. Larimore | Joyce M. William | 1/10/2013 |

## RETURN

| Warrant received and executed. | DATE RECEIVED 01/10/2013 | DATE EXECUTED 01/06/2016 |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS) U.S. Marshals Service-Southern District of Florida
400 N. Miami Ave, 6th Floor, Miami, FL 33128

Subject was arrested in Miami, FL by USMS.

| NAME  Amos Rojas Jr., U.S. Marshal, SD/FL | (BY) Joe Godsk  SDUSM, SD/FL | DATE 01/06/2016 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

FILED by PG D.C.

FEB 1 0 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI